UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC, *et al.*[1] | Case No. 25-10006-TMH |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1304** |

**NOTICE OF APPEAL**

Inmarsat Global Limited ("Inmarsat"), by and through its undersigned counsel, appeals under 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure from the *Order Granting (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited* [Docket No. 1304] (the "Order") entered on January 30, 2026, which Order is based upon the reasoning stated by the Court at the hearing held on January 27, 2026 (the "Opinion").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

Copies of the Order and Opinion are attached hereto as <u>Exhibits A and B</u>, respectively. The names of the parties to the Order and Opinion appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTIES: | COUNSEL: |
|---|---|
| Inmarsat Global Limited | **PACHULSKI STANG ZIEHL & JONES LLP**<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>        tcairns@pszjlaw.com<br><br>-and-<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Benjamin I. Finestone<br>Kate Scherling<br>295 5th Avenue<br>New York, NY 10016<br>Telephone: (212) 849-7000<br>Email: benjaminfinestone@quinnemanuel.com<br>        katescherling@quinnemanuel.com<br><br>John Bash<br>Matthew Scheck<br>Jacob C. Beach<br>300 West 6th St., Suite 2010<br>Austin, TX 78701<br>(737) 667-6100<br>Email: johnbash@quinnemanuel.com<br>        matthewscheck@quinnemanuel.com<br>        jacobbeach@quinnemanuel.com<br><br>-and-<br><br>**STEPTOE LLP**<br>Charles Michael<br>1114 Avenue of the Americas<br>New York, NY 10036 |

| | |
|---|---|
| | Telephone: (212) 506-3900<br>Email: cmichael@steptoe.com<br><br>Alfred M. Mamlet<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>Telephone: (202) 429-3000<br>Email: amamlet@steptoe.com |
| Debtors | **RICHARDS, LAYTON & FINGER, P.A**.<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>merchant@rlf.com<br>steele@rlf.com<br>javorsky@rlf.com<br><br>-and-<br><br>**MILBANK LLP**<br>Dennis F. Dunne, Esq. (*admitted pro hac vice*)<br>Matthew L. Brod, Esq. (*admitted pro hac vice*)<br>Lauren C. Doyle, Esq. (*admitted pro hac vice*)<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: ddunne@milbank.com<br>mbrod@milbank.com<br>ldoyle@milbank.com<br><br>**MILBANK LLP**<br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>Melanie Westover Yanez, Esq. (admitted *pro hac vice*)<br>1101 New York Avenue, NW<br>Washington DC 20005<br>Telephone:  (202) 835-7500<br>Facsimile:  (202) 263-7586<br>Email: aleblanc@milbank.com |

| | |
|---|---|
| | mwyanez@milbank.com |
| AST & Science LLC | Jeremy W. Ryan (Bar No. 4057)<br>Katelin A. Morales (Bar No. 6683)<br>Sameen Rizvi (Bar No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com<br><br>-and-<br><br>Madlyn Gleich Primoff (admitted *pro hac vice*)<br>Henry Hutten (admitted *pro hac vice*)<br>Alexander Rich (admitted *pro hac vice*)<br>Sarah Margolis (admitted *pro hac vice*)<br>**FRESHFIELDS US LLP**<br>3 World Trade Center<br>174 Greenwich Street, 51st Floor<br>New York, New York 10007<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>Email: madlyn.primoff@freshfields.com<br>henry.hutten@freshfields.com<br>alexander.rich@freshfields.com<br>sarah.margolis@freshfields.com |

*[Remainder of page left blank]*

| | |
|---|---|
| Dated:  February 2, 2026<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Email: ljones@pszjlaw.com<br>           tcairns@pszjlaw.com<br><br>-and-<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Benjamin Finestone<br>Kate Scherling<br>295 5th Avenue<br>New York, NY  10016<br>Telephone: (212) 849-7000<br>Email: benjaminfinestone@quinnemanuel.com<br>           katescherling@quinnemanuel.com<br><br>John Bash<br>Matthew Scheck<br>Jacob C. Beach<br>300 West 6th St., Suite 2010<br>Austin, TX  78701<br>(737) 667-6100<br>Email: johnbash@quinnemanuel.com<br>           matthewscheck@quinnemanuel.com<br>           jacobbeach@quinnemanuel.com<br><br>-and- |

STEPTOE LLP
Charles Michael
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Email: cmichael@steptoe.com

Alfred M. Mamlet
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Email: amamlet@steptoe.com

*Counsel to Inmarsat Global Limited*