UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 25-10006         BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Granting (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court against Inmarsat Global Limited

**Docket #:** 1304          **Date Entered:** 1/30/26

Item Transmitted:

| ✓ | Notice of Appeal | Docket #: 1324 | Date Filed: 2/2/26 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ | Cross Appeal | Docket #: | Date Filed: |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Inmarsat Global Limited

**Appellee/Cross Appellee**

Ligado Networks LLC (debtor)
AST & Science LLC

**Counsel for Appellant/Cross Appellant:**

Laura Davis Jones
Timothy P. Cairns
919 N Market St, 17th Floor
Wilmington, DE  19801
(additional attorneys listed on appeal)

**Counsel for Appellee/Cross Appellee:**

Ligado Attorneys:
Mark D. Collins
Michael J. Merchant
Amanda R. Steele
920 N. King St, Wilmington, DE  19801

| Filing fee paid? | Yes ○ | No ● |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ○ | No ● |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ○ | No ● |
| Civil Action Number: | | |

(continued on next page)

**Notes:** AST's Attorneys:
Jeremy W. Ryan
Katelin A. Morales
Sameen Rizvi
1313 N Market St, 6th Floor
Wilmington, DE  19801
(additional attorneys listed on appeal)

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 2/2/26              **by:** /s/ Kimberly Ross
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    26-04