UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 25-10006          **BK** ● **AP** ○

If AP, related BK case number:

**District Court Case Number:** 26-118

Item(s) Transmitted:

| Item | Docket # | Date Entered |
|---|---|---|
| Exhibit B to Notice of Appeal (not originally transmitted with notice of appeal) | 1324 | 2/2/26 |
|  |  |  |
| Receipt #A12550072 (paid over the Web) | 1330 | 2/2/26 |

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 2/3/26          **by:** /s/ Kimberly Ross
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   26-04