## **EXHIBIT A**

**PROPOSED ORDER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br><br>v.<br><br>AST & SCIENCE, LLC, and LIGADO NETWORKS, LLC,<br><br>Appellees. | Civ. No. 26-cv-118<br><br>Bankruptcy Case No. 25-10006 (TMH) |

**[PROPOSED] ORDER GRANTING INMARSAT GLOBAL LIMITED'S EMERGENCY MOTION FOR STAY PENDING APPEAL**

Upon the emergency motion (the "Motion") of Inmarsat Global Limited ("Appellant") for entry of an order, pursuant to Rule 8007 of the Federal Rules of Bankruptcy Procedures, granting a stay pending Appellant's appeal of the Bankruptcy Court's *Order Granting (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited*, dated January 30, 2026 [Docket No. 1304] (the "Order"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 158 and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, IT IS HEREBY ORDERED THAT:

    1.       The Motion is granted to the extent set forth herein.

    2.       The effectiveness of the Order and enforcement thereof, including any matters attendant thereto, are stayed pending resolution of Appellant's pending appeal of the Order.