**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>           Appellant,<br><br>v.<br><br>AST & SCIENCE, LLC, and LIGADO<br>NETWORKS, LLC,<br><br>           Appellees. | Civ. No. 26-cv-118<br><br>Bankruptcy Case No. 25-10006 (TMH) |

**DECLARATION OF KATE SCHERLING**

1.      I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP and counsel for

Appellant Inmarsat Global Limited ("Inmarsat") in the above-captioned appeal. I submit this

declaration in support of Inmarsat's Emergency Motion to Stay Pending Appeal (the "Motion") of

the Bankruptcy Court's January 30, 2026 order (the "Order"), attached as Exhibit A hereto. Unless

otherwise stated, I have personal knowledge of the facts set forth herein and am competent to

testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

| Ex. | Document | Bankruptcy Court Dkt. No. |
|---|---|---|
| A | Order Granting Debtor's Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited, dated January 30, 2026 | 1304 |
| B | Transcript of Hearing Held on January 14, 2026 before the Bankruptcy Court | N/A |

4916-8404-8781.1 42241.00001

| Ex. | Document | Bankruptcy Court Dkt. No. |
|---|---|---|
| C | Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief, with Proposed Order | 1220 |
| D | Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited, with Proposed Order | 1221 |
| E | Inmarsat Global Limited's Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC For Entry of An Order Enforcing the Mediated Agreement and Related Orders | 1249 |
| F | Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement | 825 |
| G | Debtor's Motion for an Order (I) Enforcing the AST Order and Mediated Agreement and (II) Granting Related Relief | 827 |
| H | Joint Chapter 11 Plan of Ligado Networks LLC and its Affiliated Debtors and Debtors in Possession | 1007-1 |
| I | Transcript of Oral Ruling dated January 27, 2026 | N/A |

**Statement Pursuant to Federal Rule of Bankruptcy Procedure 8013(d)(2)(B)**

3.      The grounds advanced in the Motion were previously submitted to the Bankruptcy Court. Specifically, Inmarsat raised these grounds in its Omnibus Objection to (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC For Entry of an Order Enforcing the Mediated Agreement and Related Orders. Ex. E. Inmarsat also raised the grounds for this Motion orally before the Bankruptcy Court in making its oral motion for a stay or modification of the Order pending appeal. Ex. I, 24:5–28:17; 32:1–33:16.

**Contact Information for Parties' Counsel**

4.      Contact information for counsel for Appellant, Inmarsat:

4916-8404-8781.1 42241.00001

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Benjamin Finestone
Kate Scherling
295 5th Avenue,
New York, NY  10016
(212) 849-7000
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com

John Bash
Jacob C. Beach
300 West 6th St., Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com
jacobbeach@quinnemanuel.com

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
ljones@pszjlaw.com
tcairns@pszjlaw.com

STEPTOE LLP
Alfred M. Mamlet
1330 Connecticut Ave NW
Washington, DC 20036
(202) 429-3000
amamlet@steptoe.com

Charles Michael
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900
cmichael@steptoe.com

5.      Contact information for counsel to Appellee, Ligado Networks, LLC.:

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Michael J. Merchant
Amanda R. Steele
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
collins@rlf.com
merchant@rlf.com
steele@rlf.com

MILBANK LLP
Dennis F. Dunne
55 Hudson Yards
New York, New York 10001
(212) 530-5000
ddunne@milbank.com

Andrew M. Leblanc
Melanie Westover Yanez
1101 New York Avenue, NW
Washington DC 20005
(202) 835-7500
aleblanc@milbank.com
mwyanez@milbank.com

4916-8404-8781.1 42241.00001

6.      Contact information for counsel to Appellee, AST & Science LLC:

POTTER ANDERSON & CORROON
LLP
Jeremy W. Ryan
Katelin A. Morales
Sameen Rizvi
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
(302) 984-6000
jryan@potteranderson.com
kmorales@potteranderson.com
srizvi@potteranderson.com

FRESHFIELDS US LLP
Madlyn Gleich Primoff
Henry Hutten
Alexander Rich
Sarah Margolis
174 Greenwich Street, 51st Floor
New York, New York 10007
(212) 277-4000
madlyn.primoff@freshfields.com
henry.hutten@freshfields.com
alexander.rich@freshfields.com
sarah.margolis@freshfields.com

7.      I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Dated:  New York, NY
            February 3, 2026                    /s/ Kate Scherling
                                                Kate Scherling

4