# **<u>Exhibit 14</u>**

FILED UNDER SEAL