# **Exhibit 21**



# PUBLIC NOTICE

**FEDERAL COMMUNICATIONS COMMISSION**
**45 L Street NE**
**WASHINGTON D.C. 20554**

News media information 202-418-0500
Internet: http://www.fcc.gov

**Report No. SAT-01970**                                **Friday January 30, 2026**

**Satellite Licensing Division and Satellite Programs and Policy Division Information**

**RE: Applications Accepted for Filing**

The applications listed below have been found, upon initial review, to be acceptable for filing. The Commission reserves the right to return any of the applications if, upon further examination, it is determined that the application is not in conformance with the Commission's rules or its policies. Consideration of each satellite application in this Public Notice may depend on the Commission's action on another satellite application earlier in the queue. Petitions, oppositions, and other pleadings filed in response to this notice should conform to Section 25.154 of the Commission's rules, unless otherwise noted. 47 C.F.R. § 25.154.

**SAT-MOD-20251206-00374**     S2358     Ligado Networks Subsidiary LLC, Debtor-in-Possession
**Date filed:** 2025-12-08
Modification

Ligado Networks Subsidiary LLC, Debtor-in-Possession (Ligado) requests modification of its license for a geostationary orbit satellite (GSO), the SkyTerra-1, to add authority to operate space stations, to be known as SkyTerra Next, located on 96 non-geostationary orbit (NGSO) satellites operated by AST & Science, LLC.

Ligado seeks to operate in the follow frequencies:

- 1525-1544 MHz (space-to-Earth) - MSS
- 1545-1559 MHz (space-to-Earth) - MSS
- 1626.5-1645.5 MHz (Earth-to-space) - MSS
- 1646.5-1660.5 MHz (Earth-to-space) - MSS

Ligado seeks waiver of the following Commission rules:

- 25.156(d)
- 25.157

**SAT-STA-20260106-00010**   S3087   Lynk Global, Inc.
**Date filed:** 2026-01-08
Special Temporary Authority

Lynk Global, Inc. requests renewal of special temporary authority for a period of 180 days to operate its satellites with up to three non-U.S. licensed earth stations for limited feeder link operations in the 2025-2110 MHz and 2200-2290 MHz bands.

For more information concerning this Notice, contact the Satellite Licensing Division and Satellite Programs and Policy Division at (202) 418-0719.