# Exhibit A

## Proposed Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br><br>v.<br><br>AST SPACEMOBILE, INC., LIGADO NETWORKS LLC, and LIGADO NETWORKS (CANADA) INC.,<br><br>Appellees. | Civ. No. 26-cv-118-UNA<br><br>Bankruptcy Case No. 25-10006 (TMH) |

**ORDER GRANTING
APPELLANT INMARSAT GLOBAL LIMITED'S MOTION TO SEAL
CERTAIN EXHIBITS TO DECLARATION OF JOHN P. JANKA IN SUPPORT OF
EMERGENCY MOTION FOR STAY PENDING APPEAL**

At Wilmington this _____ day of _____, 2026, having considered *Appellant Inmarsat Global Limited's Motion to Seal Certain Exhibits to Declaration of John P. Janka in Connection With Emergency Motion for Stay Pending Appeal* (the "Motion"); IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
United States District Judge
