IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10006 (TMH)<br>(Bankr. D. Del.)<br><br>(Jointly Administered) |
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br>v.<br><br>AST & SCIENCE LLC and<br>LIGADO NETWORKS LLC<br><br>Appellees. | Case No. 26-00118 (GBW) |

**MOTION AND ORDER FOR ADMISSION**
<u>***PRO HAC VICE*** **OF ANDREW M. LEBLANC**</u>

     Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew M. Leblanc of Milbank LLP, 1101 New York Avenue, NW, Washington, D.C. 20005, to represent the above-captioned appellee, Ligado Networks LLC in this matter.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Dated: February 9, 2026
      Wilmington, Delaware

                    */s/ Michael J. Merchant*
                    Michael J. Merchant (No. 3854)
                    RICHARDS, LAYTON & FINGER, P.A.
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 651-7700
                    Email: merchant@rlf.com

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

Dated: _____
      Wilmington, Delaware

                    _____
                    THE HONORABLE GREGORY B. WILLIAMS

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court.

Dated: February 9, 2025
Wilmington, Delaware

*/s/ Andrew M. Leblanc*
Andrew M. Leblanc
MILBANK LLP
1101 New York Avenue, NW
Washington DC 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
Email: aleblanc@milbank.com