IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10006 (TMH)<br>(Bankr. D. Del.)<br><br>(Jointly Administered) |
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br>v.<br><br>AST & SCIENCE LLC and<br>LIGADO NETWORKS LLC<br><br>Appellees. | Case No. 26-00118 (GBW) |

**MOTION AND ORDER FOR ADMISSION
<u>*PRO HAC VICE*</u> OF MATTHEW L. BROD**

     Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Matthew L. Brod of Milbank LLP, 55 Hudson Yards, New York New York 10001, to represent the above-captioned appellee, Ligado Networks LLC in this matter.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Dated: February 9, 2026
      Wilmington, Delaware

                                                   */s/ Michael J. Merchant*
                                                   Michael J. Merchant (No. 3854)
                                                   RICHARDS, LAYTON & FINGER, P.A.
                                                   One Rodney Square
                                                   920 North King Street
                                                   Wilmington, Delaware 19801
                                                   Telephone: (302) 651-7700
                                                   Email: merchant@rlf.com

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

Dated: _____
      Wilmington, Delaware

                                                   THE HONORABLE GREGORY B. WILLIAMS

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court.

Dated: February 9, 2025
       Wilmington, Delaware

                                        */s/ Matthew L. Brod*
                                        Matthew L. Brod
                                        MILBANK LLP
                                        55 Hudson Yards
                                        New York, New York 10001
                                        Telephone:   (212) 530-5000
                                        Facsimile:    (212) 530-5219
                                        Email: mbrod@milbank.com