## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-10006 (TMH)<br>(Bankr. D. Del.)<br><br>(Jointly Administered) |
| INMARSAT GLOBAL LIMITED,<br><br>        Appellant,<br>v.<br><br>AST & SCIENCE LLC and<br>LIGADO NETWORKS LLC<br><br>        Appellees. | Case No. 26-00118 (GBW) |

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF COLLEEN ROH SINZDAK

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Colleen Roh Sinzdakof Milbank LLP, 1101 New York Avenue, NW, Washington, D.C. 20005, to represent the above-captioned appellee, Ligado Networks LLC in this matter.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Dated:  February 9, 2026
       Wilmington, Delaware

*/s/ Michael J. Merchant* _____
Michael J. Merchant (No. 3854)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: merchant@rlf.com


## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

Dated: _____
       Wilmington, Delaware


_____
THE HONORABLE GREGORY B. WILLIAMS

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the fee of $50.00 has been paid to the Clerk of Court.

Dated:  February 9, 2025
       Wilmington, Delaware

/s/ Colleen Roh Sinzdak
Colleen Roh Sinzdak
MILBANK LLP
1101 New York Avenue, NW
Washington DC 20005
Telephone:    (202) 835-7500
Facsimile:      (202) 263-7586
Email: crohsinzdak@milbank.com