# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inmarsat Global Limited<br><br>        Appellant,<br><br>    v.<br><br>Ligado Networks LLC, et al. &<br>AST & Science LLC<br><br>        Appellee. | Civil Action No. 1:26-cv-00118-GBW<br><br>Bankruptcy Case No. 25-10006(TMH)<br>Bankruptcy BAP No. 26-04 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Madlyn Gleich Primoff and Henry Hutten of Freshfields US, LLP, 3 World Trade Center 175 Greenwich Street, 51st Floor New York, NY 10007, to represent AST & Science, LLC ("AST") in this matter.

Dated: February 10, 2026
       Wilmington, Delaware

Respectfully submitted,

*/s/ Jeremy W. Ryan*
Jeremy W. Ryan (No. 4057)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Email: jryan@potteranderson.com

*Counsel for AST & Science, LLC*

IMPAC - 12677422v.5

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

Date: _____

                     _____
                     The Honorable Gregory B. Williams

IMPAC - 12677422v.5

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

I further certify that the annual fee of $50.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Dated: February 10, 2026          */s/ Madlyn Gleich Primoff*
                                  Madlyn Gleich Primoff, Esq.
                                  **FRESHFIELDS US LLP**
                                  3 World Trade Center
                                  175 Greenwich Street, 51st Floor
                                  New York, NY 10007
                                  Telephone: (212) 277-4000
                                  Email: madlyn.primoff@freshfields.com

IMPAC - 12677422v.5

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

I further certify that the annual fee of $50.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Dated: February 10, 2026          */s/ Henry Hutten*
                                                            Henry Hutten, Esq.
                                                            **FRESHFIELDS US LLP**
                                                            3 World Trade Center
                                                            175 Greenwich Street, 51st Floor
                                                            New York, NY 10007
                                                            Telephone: (212) 277-4000
                                                            Email: henry.hutten@freshfields.com

IMPAC - 12677422v.5