# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Inmarsat Global Limited<br><br>　　　　　Appellant,<br><br>　　v.<br><br>Ligado Networks LLC, et al. &<br>AST & Science LLC<br><br>　　　　　Appellee. | Civil Action No. 1:26-cv-00118-GBW<br><br>Bankruptcy Case No. 25-10006(TMH)<br>Bankruptcy BAP No. 26-04 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure and Rule 7.1 of the Federal Rules of Civil Procedure, AST & Science LLC ("**AST**") hereby certifies that AST is owned by AST SpaceMobile, Inc., which holds more than a 10% membership interest in AST. AST SpaceMobile, Inc.'s shares are traded on the Nasdaq Stock Exchange.

AST further certifies that no other publicly held company owns 10% or more of the membership interest in AST.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: February 11, 2026<br>Wilmington, Delaware | */s/ Sameen Rizvi*<br>Jeremy W. Ryan (Bar No. 4057)<br>Katelin A. Morales (Bar No. 6683)<br>Sameen Rizvi (Bar No. 6902)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone:   (302) 984-6000<br>Facsimile:    (302) 658-1192<br>Email: jryan@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com<br>-and-<br><br>Madlyn Gleich Primoff, Esq.<br>Henry Hutten, Esq.<br>**FRESHFIELDS US LLP**<br>3 World Trade Center<br>174 Greenwich Street, 51st Floor<br>New York, New York 10007<br>Telephone:   (212) 277-4000<br>Facsimile:    (212) 277-4001<br>Email: madlyn.primoff@freshfields.com<br>henry.hutten@freshfields.com<br><br>*Counsel for AST & Science LLC* |

12677422v.7