IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>LIGADO NETWORKS LLC, *et al.,*<br><br>Debtors. | Chapter 11<br>Bankr. Case No. 25-10006 (TMH)<br><br>(Jointly Administered) |
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br><br>v.<br><br>AST & SCIENCE LLC and LIGADO NETWORKS LLC<br><br>Appellees. | Civil Action No. 26-cv-00118 (GBW)<br><br>Appeal from the Bankruptcy Court |

### DECLARATION OF HENRY H. HUTTEN

I, Henry V. Hutten, do hereby declare as follows:

1.  I am employed by Freshfields (US) LLP and am one of the counsel of record for Appellee AST & Science, LLC ("**AST**"). I submit this declaration ("**Declaration**") in support of the *Objection by Appellee AST & Science LLC to Motion for Stay Pending Appeal* (the "**AST Objection**"), filed contemporaneously herewith.

2.  I respectfully submit this Declaration to place before the Court true and correct copies of certain documents that are cited in the AST Objection.

3.  Attached hereto as **Exhibit A** is a true and correct copy of the Transcript of Bench Ruling by the Honorable Thomas M. Horan, United States Bankruptcy Judge (Bankr. Dkt.

No. 1325),[1] held on January 27, 2026 at 2:00 p.m. (prevailing Eastern Time) in the jointly-administered Chapter 11 cases captioned *In re Ligado Networks LLC et al.*, No. 25-10006 (Bankr. D. Del.) (the "**Bankruptcy Cases**").

4. Attached hereto as **Exhibit B** is a true and correct copy the *Order Granting (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited* (Bankr. Dkt. No. 1304), entered by the Bankruptcy Court on January 30, 2026.

5. Attached hereto as composite **Exhibit C** is a true and correct copy of the *Order (I) Authorizing the Debtors to Enter into the AST Definitive Document and (II) Granting Related Relief* (Bankr. Dkt. No. 692) (the "**Mediation Order**"), entered by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on June 23, 2025 in the Bankruptcy Cases. A true and correct copy of the *Ligado – Settlement Term Sheet*, dated as of June 10, 2025, by and between the Debtors, the Ad Hoc First Lien Group, the Ad Hoc Crossholder Group, AST, Inmasat Global Limited, and Viasat, Inc. (the "**Mediated Agreement**"), is attached as Exhibit 1 to the Mediation Order, and is referenced in the AST Objection as "**Exhibit C-1**."

6. Attached hereto as **Exhibit D** is a true and correct copy of the *Motion of Inmarsat Global Limited for Entry of an Order Enforcing and Implementing the Mediated Agreement* (Bankr. Dkt. No. 825), filed by Inmarsat Global Limited in the Bankruptcy Cases on August 14, 2025.

---

[1] References to a "Bankr. Dkt. No." are to the docket entries in the above-captioned Chapter 11 cases.

7. Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of the Transcript of Hearing Before the Honorable Thomas M. Horan, United States Bankruptcy Judge (Bankr. Dkt. No. 947), held on August 29, 2025 at 1:00 p.m. (prevailing Eastern Time).

8. Attached hereto as **<u>Exhibit F</u>** is a true and correct copy of the *Order Regarding Motions to Enforce* (Bankr. Dkt. No. 940), entered by the Bankruptcy Court on September 2, 2025 in the Bankruptcy Cases.

9. Attached hereto as **<u>Exhibit G</u>** is a true and correct copy of the Inmarsat-AST Agreement between Inmarsat Global Limited and AST & Science LLC, dated as of September 21, 2025.

10. Attached hereto as **<u>Exhibit H</u>** is a true and correct copy of the *Application for Modification of Space Station License*, File No. SAT-MOD-20251206-00374, submitted by Ligado Networks LLC to the US Federal Communications Commission on December 8, 2025, which application includes a letter in support dated December 8, 2025 that was submitted to the US Federal Communications Commission by AST & Science, LLC.

11. Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of the Complaint filed by Inmarsat Global Limited on December 19, 2025 in the Supreme Court of the State of New York against AST SpaceMobile, Inc., Ligado Networks LLC and Ligado Networks (Canada) Inc.

12. Attached hereto as **<u>Exhibit J</u>** is a true and correct copy of *Inmarsat Global Limited's Opposition to Ligado's Motion to Enforce the Parties' Mediated Agreement* (Bankr. Dkt. No. 895), filed by Inmarsat Global Limited in the Bankruptcy Cases on August 27, 2025.

13. Attached hereto as **<u>Exhibit K</u>** is a true and correct copy of the Transcript of Hearing Before the Honorable Thomas M. Horan, United States Bankruptcy Judge (Bankr. Dkt. No. 1253), held on January 6, 2026 at 11:00 a.m. (prevailing Eastern Time).

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Executed on: February 11, 2026

_____
Henry V. Hutten