# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LIGADO NETWORKS LLC et al.[1] | Case No. 25-10006 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 1220 and 1221** |

**ORDER GRANTING (A) DEBTORS' MOTION FOR AN ORDER (I) ENFORCING THE AUTOMATIC STAY, (II) ENFORCING THE MEDIATED AGREEMENT, AND (III) GRANTING RELATED RELIEF AND (B) EMERGENCY MOTION BY AST & SCIENCE LLC FOR ENTRY OF AN ORDER ENFORCING THE MEDIATED AGREEMENT AND RELATED ORDERS OF THIS COURT AGAINST INMARSAT GLOBAL LIMITED**

For the reasons set forth on the record at the hearing held on January 27, 2026, it is ordered that:

1. The (a) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief [D.I. 1220], and (b) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of this Court Against Inmarsat Global Limited [D.I. 1221] are granted as set forth herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

2. Inmarsat violated the automatic stay by filing the Complaint against the Debtors in New York State Court. Therefore, the filing of the Complaint is void. Inmarsat is ordered to dismiss the Complaint with prejudice.

3. Inmarsat is required to comply with its obligations under the Mediated Agreement, including by supporting the Debtors' FCC application.

4. Because Inmarsat has not demonstrated that it can meet the requirements for a stay pending appeal under Federal Rule of Bankruptcy Procedure 8007, Inmarsat's request for a stay pending appeal is denied.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: January 30, 2026  
Wilmington, Delaware

*Thomas M. Horan*  
Thomas M. Horan  
United States Bankruptcy Judge

2