# **EXHIBIT K**

```
                                                                    1

 1
                        UNITED STATES BANKRUPTCY COURT
 2                          DISTRICT OF DELAWARE

 3                                         .   Chapter 11
     IN RE:                                .   Case No. 25-10006 (TMH)
 4                                         .
     LIGADO NETWORKS LLC,                  .   (Jointly Administered)
 5   et al.,                               .
                                           .   Courtroom No. 7
 6              Debtors.                   .   824 North Market Street
                                           .   Wilmington, Delaware 19801
 7                                         .
                                           .   Tuesday, January 6, 2026
 8   . . . . . . . . . . . . . . . . .     .   11:00 a.m.

 9                         TRANSCRIPT OF HEARING
                    BEFORE THE HONORABLE THOMAS M. HORAN
10                     UNITED STATES BANKRUPTCY JUDGE

11   APPEARANCES:

12   For the Debtors:          Michael Merchant, Esquire
13                             RICHARDS, LAYTON & FINGER, P.A.
                               One Rodney Square
14                             920 North King Street
                               Wilmington, Delaware 19801
15
                               Andrew Leblanc, Esquire
16                             MILBANK LLP
                               1850 K Street, NW
17                             Suite 1100
                               Washington, DC 20006
18

19   (APPEARANCES CONTINUED)
20
     Audio Operator:           Ian Willoughby, ECRO
21
     Transcription Company:    Reliable
22                             1007 N. Orange Street
                               Wilmington, Delaware 19801
23                             (302)654-8080
                               Email: gmatthews@reliable-co.com
24

25   Proceedings recorded by electronic sound recording,
     transcript produced by transcription service.
```

2

1  APPEARANCES (Continued):

2  For Inmarsat:            Benjamin Finestone, Esquire
                            QUINN EMANUEL URQUHART
3                              & SULLIVAN LLP
                            295 Fifth Avenue, 9th Floor
4                           New York, New York 10016

5

6  For AST & Science:       Henry Hutton, Esquire
                            FRESHFIELDS
7                           3 World Trade Center
                            175 Greenwich Street, 51st Floor
8                           New York, New York 10007

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                              INDEX

 2   STATUS CONFERENCE:                                          PAGE

 3   Agenda
     Item 4: Debtors' Motion for an Order Shortening              4
 4           the Notice and Objection Periods and
             Waiving Local Rule 9006-1(c)(ii) and
 5           9006-1(d) with Respect to the Debtors'
             Motion for an Order (I) Enforcing the
 6           Automatic Stay, (II) Enforcing the
             Mediated Agreement, and (III) Granting
 7           Related Relief and Preserving the Status
             Quo [Docket No. 1222 – filed January 2,
 8           2026]

 9   Agenda
     Item 5: Motion by AST & Science LLC for Entry of
10           an Order Shortening the Notice and
             Objection Periods and Preserving the
11           Status Quo with Respect to AST's
             Emergency Motion for Entry of an Order
12           Enforcing the Mediated Agreement and
             Related Orders of this Court Against
13           Inmarsat Global Limited [Docket No. 1223
             – filed January 2, 2026]
14
             Court's Ruling:                                      9
15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1            (Proceedings commenced at 11:02 a.m.)
 2                 THE COURTROOM DEPUTY:  All rise.
 3                 THE COURT:  Good morning.  Please be seated.
 4            Mr. Merchant, happy new year.
 5                 MR. MERCHANT:  Good morning, Your Honor.  Happy
 6   new year to you.
 7                 THE COURT:  Good to see you.
 8                 MR. MERCHANT:  Michael Merchant of Richards,
 9   Layton & Finger on behalf of the debtors.
10            Your Honor, I believe everything that was on the
11   agenda has been cleared but for the status conference on the
12   two motions to shorten.  And we thank the Court for allowing
13   us to be heard on those issues today.
14            Mr. Leblanc, from Milbank, is on, on behalf of the
15   debtor, so he will be presenting for us today.
16                 THE COURT:  Okay, very good.  Thank you.
17            Mr. Leblanc, good morning.
18                 MR. LEBLANC:  Good morning, Your Honor.  Happy new
19   year to you.
20                 THE COURT:  And to you too.
21                 MR. LEBLANC:  Thank you.
22            Your Honor, we are here just on a status
23   conference at the moment with respect to the joint motions or
24   the two motions to shorten time and the motions to enforce
25   the automatic stay and the mediated agreement.  We have --
```

1   the Court -- Your Honor scheduled the hearing for the 14th.
2   Mr. Finestone will, obviously, comment on whether or not that
3   works for them but from a motion to shorten perspective, Your
4   Honor, all we're asking for is to shorten time by two days.
5             The one issue, I understand as between us, is the
6   time of a response.  Your Honor, just to lay the groundwork,
7   I'm sure Your Honor has looked at the motions, the issue is
8   that we're very surprised, to say the least, to be sued by
9   Inmarsat while still a debtor in front of Your Honor in
10  another Court, in the New York State Court, with respect to
11  issues that, frankly, we just didn't think were issues that
12  litigation was going to be brought over at this time.
13            There may be a time in the future where there is
14  an actual dispute about the terms of the parties agreements
15  but we thought it was crystal clear when we reached the
16  resolution that Your Honor had dictated to us that we did
17  what was provided for in the mediated agreement.  We did
18  that.  Then we were sued for doing it without consultation
19  with us, just a lawsuit showing up.
20            So, Your Honor, that is the reason we are here
21  asking the Court for relief both to protect us from having to
22  litigate in a court outside of Your Honor's jurisdiction but
23  also to enforce the mediated agreement.  So, Your Honor, I
24  think, as a status conference I can leave it there but I will
25  defer to Your Honor as to how much you want me to get into

1   that.  Again, we do need relief here because of -- for two
2   reasons:
3           One, we have an active litigation that we will
4   ultimately remove, as we dictated in our papers, as related
5   to bankruptcy and, two, we are hoping that the FCC will very
6   soon open the public comment period.
7           And we are very concerned that Inmarsat has
8   indicated that it intends to object to our application
9   despite being paid $420 million.  And as Your Honor will
10  recall, that was the fundamental trade.  We were going to pay
11  them almost over half a billion dollars ultimately in return
12  for their support for this transaction.  We paid them most of
13  that money already and they have not supported us.  In fact,
14  have indicated that they intend to object.  So, we do, Your
15  Honor, need assistance from Your Honor with respect to this
16  issue.
17          So, let me pause there.  I don't know how much you
18  want me to get into it, Your Honor, given that this is a
19  status conference but I don't want to overstay my welcome
20  here but with respect to the status conference we would like
21  a hearing next week.
22          THE COURT:  Yeah, there is no need to get into it.
23  I would like to hear it next week.
24          Let me just hear from Inmarsat on any scheduling
25  issues.

```
 1              MR. FINESTONE:  Thank you, Your Honor.  Ben
 2   Finestone on behalf of Inmarsat from Quinn Emanuel.
 3              THE COURT:  Good morning.
 4              MR. FINESTONE:  Your Honor, we can attend and
 5   defend ourselves from what we think to be borderline
 6   frivolous assertions on the 14th.  I do need until Monday to
 7   file an opposition.  Your Honor, they filed these motions,
 8   about 60 pages, on me Friday evening.  I'm in Houston on
 9   Thursday and Friday of this week and I just can't get it
10   done.
11              I think -- they didn't even try to comply with the
12   local rule before filing the motions, by the way, not that
13   that matters too much here.  I don't think its too material.
14   But I need Monday till the end of the day.  They refused that
15   request.  And I will also exercise restraint today, Your
16   Honor, in defending unless Your Honor wants to hear any
17   preliminary comments on why the automatic stay wasn't
18   offended and why their request for injunctive relief is
19   procedurally really far afield and substantively meritless,
20   Your Honor.  On the scheduling I just need until Monday to
21   file an objection.
22              THE COURT:  Okay.  Here is what we're going to do:
23   I'm going to hear the motion on November 14th -- I'm sorry,
24   January 14th.  I would like to do it at 11:30.  I know we had
25   talked about 11 but I have an oral argument at 10 and I need
```

1  that extra time.  So, we will do it at 11:30 and Inmarsat's
2  response will be due by Monday the 12th at 4 p.m.
3            MR. LEBLANC:  Your Honor, Andrew Leblanc of
4  Milbank on behalf of the debtor.
5            The only reason we had a concern with Monday is we
6  want to be able to get a reply into Your Honor, and we will
7  do it in time for Your Honor to be able to read it in advance
8  of the hearing but we will do it as quickly as we can,
9  hopefully late Tuesday night or before Your Honor arrives on
10 Wednesday.
11           I know Mr. Hutton from -- Mr. Hutton is on behalf
12 of AST as well.  I don't know if they want to be heard on
13 this but we're fine with that, Your Honor.  We appreciate the
14 Court's willingness to hear this and we will respond to any
15 substantive arguments on Wednesday.
16           THE COURT:  Mr. Hutton, good morning.  Welcome.
17           MR. HUTTON:  Thank you, Your Honor.  Henry Hutton
18 from Freshfields on behalf of AST & Science.
19           We also are here, Your Honor -- and I will
20 exercise restraint unless Your Honor would care to hear more
21 of a basis for our request but we are also here, Your Honor,
22 on a request to preserve the status quo in the interim
23 between today and Your Honor can rule on the motions of the
24 debtors that AST has filed.
25           Respectfully, we think we need that order during

1  the interim.  So, I am happy to present on that or if you
2  would like to hear the other parties first but --
3              THE COURT:  I'm sorry.  If it wasn't clear, I am
4  entering the orders.  The only thing I'm interested in is
5  scheduling.
6              MR. HUTTON:  Thank you.
7              THE COURT:  Mr. Finestone, you raised your hand.
8  Did you wish to be heard, sir?
9              MR. FINESTONE:  I think its unnecessary, Your
10 Honor. I was just going to say that as a practical matter
11 there isn't going to be any objection filed by the time that
12 Your Honor scheduled the hearing.  So, Mr. Hutton's request
13 for that injunctive relief its practically moot, Your Honor.
14             THE COURT:  Okay.  Its granted.
15             Anything else?
16             MR. LEBLANC:  Nothing from Ligado, Your Honor.
17 Thank you.  We will see you next week.
18             THE COURT:  Okay.  So, if you submit revised forms
19 of orders granting the motion to shorten, we will enter those
20 promptly.
21             MR. LEBLANC:  Thank you, Your Honor.
22             THE COURT:  Mr. Merchant.
23             MR. MERCHANT:  I was going to say we will do that,
24 Your Honor.
25             THE COURT:  Thank you very much.

1           Okay.  Well, with that we are adjourned. I will
2    see you on the 14th.
3           (Proceedings concluded at 11:10 a.m.)

```
 1                        CERTIFICATION
 2              I certify that the foregoing is a correct
 3   transcript from the electronic sound recording of the
 4   proceedings in the above-entitled matter to the best of my
 5   knowledge and ability.
 6
 7   /s/ William J. Garling                      January 6, 2026
 8   William J. Garling, CET-543
 9   Certified Court Transcriptionist
10   For Reliable
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```