IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LIGADO NETWORKS LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-10006 (TMH) <br> (Bankr. D. Del.) <br><br> (Jointly Administered) |
| INMARSAT GLOBAL LIMITED, <br><br> Appellant, <br> v. <br><br> AST & SCIENCE LLC and <br> LIGADO NETWORKS LLC <br><br> Appellees. | Case No. 26-00118 (GBW) |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF LAUREN C. DOYLE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Lauren C. Doyle of Milbank LLP, 55 Hudson Yards, New York New York 10001, to represent the above-captioned appellee, Ligado Networks LLC in this matter.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A). The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

Dated: February 11, 2026
       Wilmington, Delaware

                                              */s/ Michael J. Merchant*
                                              Michael J. Merchant (No. 3854)
                                              RICHARDS, LAYTON & FINGER, P.A.
                                              One Rodney Square
                                              920 North King Street
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 651-7700
                                              Email: merchant@rlf.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

Dated: _____
       Wilmington, Delaware


                                              _____
                                              THE HONORABLE GREGORY B. WILLIAMS

RLF1 35193451v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 has been paid to the Clerk of Court.

Dated: February 11, 2025
Wilmington, Delaware

>    */s/ Lauren C. Doyle*
>    Lauren C. Doyle
>    MILBANK LLP
>    55 Hudson Yards
>    New York, New York 10001
>    Telephone:   (212) 530-5000
>    Facsimile:   (212) 530-5219
>    Email: ldoyle@milbank.com