# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et. al.*[1]<br><br>                    Debtors. | Chapter 11<br><br>Bankr. Case No. 25-10006-TMH<br><br>Jointly Administered |
| INMARSAT GLOBAL LIMITED,<br><br>                    Appellant,<br><br>          v.<br><br>AST SPACEMOBILE, INC.,<br>LIGADO NETWORKS LLC, and<br>LIGADO NETWORKS (CANADA) INC.,<br><br>                    Appellees. | Case No. 1:26-cv-00118-GBW |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Benjamin I. Finestone of Quinn Emanuel Urquhart & Sullivan, LLP to represent Inmarsat Global Limited in the above-captioned matter.

Dated: February 13, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Email: ljones@pszjlaw.com

*Counsel to the Appellant*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: February __, 2026

                                     Honorable Gregory B. Williams
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00 has been paid to the Clerk of Court.

Dated: February 13, 2026                      QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                                */s/ Benjamin I. Finestone*
                                                Benjamin I. Finestone
                                                295 5th Avenue
                                                New York, NY  10016
                                                Telephone:  (212) 849-7000
                                                Email:  benjaminfinestone@quinnemanuel.com