# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br><br>v.<br><br>AST & SCIENCE, LLC, and LIGADO NETWORKS, LLC,<br><br>Appellees. | Case No. 1:26-cv-00118-GBW<br><br>Bankruptcy Case No. 25-10006 (TMH) |

**APPELLANT INMARSAT GLOBAL LIMITED'S MOTION TO SEAL REPLY DECLARATION OF JOHN P. JANKA FILED WITH REPLY IN SUPPORT <u>OF EMERGENCY MOTION FOR STAY PENDING APPEAL</u>**

Appellant Inmarsat Global Limited ("Inmarsat") by and through its undersigned counsel, hereby respectfully moves this Court (the "Motion"), for entry of an order granting permission to file under the Reply Declaration of John P. Janka (the "Janka Reply Declaration") filed in support of *Appellant Inmarsat Global Limited's Reply In Support of Emergency Motion for Stay Pending Appeal* (the "Reply").

"Documents containing trade secrets or other confidential business information may be protected from disclosure." *Leucadia v. Applied Extrusion Techs., Inc.*, 998 F.2d 157, 166 (3d Cir. 1993). The presumption of public access is overcome where the material sought to be protected is (1) "the kind of information that courts will protect[,]" and (2) "disclosure will work a clearly defined and serious injury to the party seeking closure." *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001) (internal quotation marks and citations omitted).

Certain information discussed in the Janka Reply Declaration references the exhibits to the Declaration of John P. Janka [D.I. 4] that Inmarsat has filed under seal and is pending before this Court [D.I. 7]. The information referenced in the Janka Reply Declaration includes confidential, sensitive business information. Appellant's motion to seal filed in the Bankruptcy Court to seal the same information and exhibits that are referenced in the Janka Reply Declaration has now been granted [Bankr. Docket No. 1341].

As noted above, "[d]ocuments containing . . . confidential business information"—like the documents and information at issue here—are a type of information that courts may protect from public disclosure. *Leucadia*, 998 F.2d at 166. This Court has granted such motions in the past, further demonstrating that this is the kind of information that courts will protect. *See, e.g.*, *AbbVie Inc. v. Gilead Scis., Inc.*, C.A. No. 14-379-GMS, D.I. 6 (D. Del. Mar. 25, 2014) (granting motion to seal a complaint that disclosed information subject to a contractual confidentiality obligation); *Nanomotion, Ltd. v. Tamron Co. Ltd.*, C.A. No. 13-498-GMS, D.I. 7 (D. Del. Apr. 1, 2013) (same);

*Lithero, LLC v. AstraZeneca Pharms. LP*, No. 19-2320-RGA, D.I. 5 (D. Del. Dec. 20, 2019) (same). Moreover, publicly filing this information would result in serious harm to Appellant by causing public disclosure of confidential information, which is commercially sensitive and relates to private financial matters.

Certain information discussed in the Janka Reply Declaration includes commercially sensitive and confidential business information. The Appellant has sought to seal this same information in the Bankruptcy Court and the Bankruptcy Court has granted that relief. Appellant respectfully requests that it be permitted to file the same information in this Court under seal as part of the Janka Reply Declaration.

Accordingly, Appellant respectfully requests leave to file the applicable documents under seal in this Court, whether part of the Appendix or in any further filings in this Court. In accordance with D. Del. L.R. 5.1.3, Appellant will prepare a redacted version of the Janka Reply Declaration with the confidential information removed, and will file the redacted version within seven days.

Dated: February 17, 2026

| | |
|---|---|
| STEPTOE LLP | PACHULSKI STANG ZIEHL & JONES LLP |
| By: */s/ Alfred M. Mamlet*<br>    Alfred M. Mamlet (*pro hac vice*)<br>    1330 Connecticut Ave NW<br>    Washington, DC 20036<br>    (202) 429-3000<br>    amamlet@steptoe.com<br><br>    Charles Michael (*pro hac vice*)<br>    1114 Avenue of the Americas<br>    New York, New York 10036<br>    (212) 506-3900<br>    cmichael@steptoe.com | By: */s/ Laura Davis Jones*<br>    Laura Davis Jones (DE Bar No. 2436)<br>    Peter J. Keane (DE Bar No. 5503)<br>    919 N. Market Street, 17th Floor<br>    P.O. Box 8705<br>    Wilmington, DE  19899-8705<br>    (302) 652-4100<br>    ljones@pszjlaw.com<br>    pkeane@pszjlaw.com |

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Benjamin Finestone*
    Benjamin Finestone
    Kate Scherling
    295 5th Avenue,
    New York, NY  10016
    (212) 849-7000
    benjaminfinestone@quinnemanuel.com
    katescherling@quinnemanuel.com

    John Bash
    Jacob C. Beach
    300 West 6th St., Suite 2010
    Austin, TX  78701
    (737) 667-6100
    johnbash@quinnemanuel.com
    jacobbeach@quinnemanuel.com

*Counsel for Inmarsat Global Limited*