## **Exhibit A**

## **Proposed Order**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br><br>v.<br><br>AST & SCIENCE, LLC, and LIGADO NETWORKS, LLC,<br><br>Appellees. | Case No. 1:26-cv-00118-GBW<br><br>Bankruptcy Case No. 25-10006 (TMH) |

**ORDER GRANTING
APPELLANT INMARSAT GLOBAL LIMITED'S MOTION TO SEAL
REPLY DECLARATION OF JOHN P. JANKA FILED WITH REPLY IN SUPPORT
OF EMERGENCY MOTION FOR STAY PENDING APPEAL**

At Wilmington this _____ day of _____, 2026, having considered *Appellant Inmarsat Global Limited's Motion to Seal Reply Declaration of John P. Janka Filed With Reply in Support of Emergency Motion for Stay Pending Appeal* (the "Motion"); IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
United States District Judge