# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br><br>v.<br><br>AST SPACEMOBILE, INC., LIGADO NETWORKS LLC, and LIGADO NETWORKS (CANADA) INC.,<br><br>Appellees. | Civ. No. 26-cv-118-GBW<br><br>Bankruptcy Case No. 25-10006 (TMH)<br><br>**Re: Docket Nos. 37, 38** |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 16th day of February, 2026, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Appellant Inmarsat Global Limited's Reply in Support of Emergency Motion for Stay Pending Appeal [Docket No. 37]**

**[SEALED] Reply Declaration of John P. Janka [Docket No. 38]**

*/s/ Peter J. Keane*
Peter J. Keane (DE Bar No. 5503)

4914-1904-4493.2 42241.00001

Ligado – Service List for Emergency Motion for Stay Pending Appeal
Case No. 26-118 (GBW)
Doc. No. 4906-3910-0813
22 – Emails

(Counsel for Inmarsat Global Limited)
Laura Davis Jones, Esq.
Peter J. Keane, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8795
Wilmington, DE  19899-8705 (Courier 19801)
Email:  ljones@pszjlaw.com; pkeane@pszjlaw.com

**ELECTRONIC MAIL**
(Counsel for Inmarsat Global Limited)
Benjamin I. Finestone, Esq.
Kate Scherling , Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY  10016
Email:  benjaminfinestone@quinnemanuel.com; katescherling@quinnemanuel.com

**ELECTRONIC MAIL**
(Counsel for Inmarsat Global Limited)
Jacob C. Beach, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th Street, Suite 2010
Austin, TX 78701
Email:  jacobbeach@quinnemanuel.com

**ELECTRONIC MAIL**
(Counsel for Inmarsat Global Limited)
Charles Michael, Esq.
Steptoe LLP
1114 Avenue of the Americas
New York, NY  10036
Email:  cmichael@steptoe.com

**ELECTRONIC MAIL**
(Counsel for Ligado Networks LLC)
Mark D. Collins. Esq.
Michael J. Merchant, Esq.
Amanda R. Steele, Esq.
Zachary J. Javorsky, Esq.
Richards, Layton &Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
Email:  collins@rlf.com; merchant@rlf.com; steele@rlf.com; javorsky@rlf.com

**ELECTRONIC MAIL**
(Counsel for Ligado Networks LLC)
Dennis F. Dunne, Esq.
Matthew Brod, Esq.
Lauren C. Doyle, Esq.
Milbank LLP
55 Hudson Yards
New York, NY  10001
Email:  ddunne@milbank.com; mbrod@milbank.com; ldoyle@milbank.com

**ELECTRONIC MAIL**
(Counsel for Ligado Networks LLC)
Andrew M. Leblanc, Esq.
Melanie Westover Yanez, Esq.
Milbank LLP
1101 New York Avenue, NW
Washington DC  20005
Email:  aleblanc@milbank.com; mwyanez@milbank.com

**ELECTRONIC MAIL**
(Counsel to AST & Science LLC)
Jeremy W. Ryan, Esq.
Katelin A. Morales, Esq.
Sameen Rizvi, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
Email:  jryan@potteranderson.com; kmorales@potteranderson.com; srizvi@potteranderson.com

**ELECTRONIC MAIL**
(Counsel to AST & Science LLC)
Madlyn Gleich Primoff, Esq.
Henry Hutten, Esq.
Alexander Rich, Esq.
Sarah R. Margolis, Esq.
Freshfields US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY  10007
Email:  madlyn.primoff@freshfields.com;
henry.hutten@freshfields.com;
alexander.rich@freshfields.com;
sarah.margolis@freshfields.com