# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>　　　　　Appellant,<br><br>v.<br><br>AST & SCIENCE, LLC, and LIGADO NETWORKS, LLC,<br><br>　　　　　Appellees. | Civ. No. 26-cv-118 (GBW)<br><br>Bankruptcy Case No. 25-10006 (TMH) |

**DECLARATION OF MELANIE WESTOVER YANEZ
IN SUPPORT OF LIGADO'S OBJECTION TO INMARSAT GLOBAL
LIMITED'S EMERGENCY MOTION FOR STAY PENDING APPEAL**

I, Melanie Westover Yanez, hereby declare and state as follows:

　　　　1.　　I am an attorney at the law firm of Milbank LLP and counsel for Ligado Networks, LLC (together with its affiliated debtors and debtors in possession, the "<u>Debtors</u>" and, together with its non-Debtor affiliates, "<u>Ligado</u>").[1]

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).

2. I respectfully submit this declaration in support of *Ligado's Objection to Inmarsat Global Limited's Emergency Motion for Stay Pending Appeal* (the "Objection"), filed contemporaneously herewith.

3. Attached hereto as Exhibit A is a true and correct copy of the transcript of proceedings held before the United States Bankruptcy Court for the District of Delaware on January 27, 2026.

4. Attached hereto as Exhibit B is a true and correct copy of the transcript of proceedings held before the United States Bankruptcy Court for the District of Delaware on August 29, 2025.

5. Attached hereto as Exhibit C is a true and correct copy of the Mediated Agreement.

6. Attached hereto as Exhibit D is a true and correct copy of the Bankruptcy Court's *Order (I) Authorizing the Debtors to Enter into the AST Definitive Documents and (II) Granting Related Relief* [D.I. 692], entered on June 23, 2025 (the "AST Order").

7. Attached hereto as Exhibit E is a true and correct copy of the Bankruptcy Court's *Order Regarding Motion to Enforce* [D.I. 940], entered on September 2, 2025 (the "Enforcement Order").

8. Attached hereto as Exhibit F is a true and correct copy of the *Joint Chapter 11 Plan of Ligado Networks LLC and Its Affiliated Debtors and Debtors in Possession* [D.I. 1007-1], confirmed on September 29, 2025 (the "Plan").

9. Attached hereto as Exhibit G is a true and correct copy of the Application for Modification of Space Station License of Ligado Networks Subsidiary LLC (the "Application"), submitted to the Federal Communications Commission on December 8, 2025.

10. Attached hereto as Exhibit H is a true and correct copy of the Amended and Restated Cooperation Agreement, dated August 6, 2010, as amended by Amendment No. 22, dated September 21, 2025 (the "Amended Inmarsat Cooperation Agreement").

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on: February 11, 2026                     */s/ Melanie Westover Yanez*
                                                    Melanie Westover Yanez