**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-10006 (TMH)<br>(Bankr. D. Del.)<br><br>(Jointly Administered) |
| INMARSAT GLOBAL LIMITED,<br><br>        Appellant,<br><br>v.<br><br>AST & SCIENCE LLC and<br>LIGADO NETWORKS LLC<br><br>        Appellees. | Case No. 26-00118 (GBW) |

## CERTIFICATE OF SERVICE

    I, Michael J. Merchant, hereby certify that on the 11th day of February, 2026, I caused a copy of the *Declaration of Melanie Westover Yanez in Support of Ligado's Objection to Inmarsat Global Limited's Emergency Motion for Stay Pending Appeal* to be served on the parties on the attached service list in the manner indicated:

                                         */s/ Michael J. Merchant*
                                         Michael J. Merchant, Esq. (No. 3854)

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Ligado Networks LLC (3801); ATC Technologies, LLC (N/A); Ligado Networks (Canada) Inc. (N/A); Ligado Networks Build LLC (N/A); Ligado Networks Corp. (N/A); Ligado Networks Finance LLC (N/A); Ligado Networks Holdings (Canada) Inc. (N/A); Ligado Networks Inc. of Virginia (9725); Ligado Networks Subsidiary LLC (N/A); One Dot Six LLC (8763); and One Dot Six TVCC LLC (N/A).  The Debtors' headquarters is located at: 10802 Parkridge Boulevard, Reston, Virginia 20191.

**Via Email**

*Counsel for Inmarsat Global Limited*

Alfred M. Mamlet
Steptoe LLP
1330 Connecticut Ave NW
Washington, DC 20036
amamlet@steptoe.com

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Zieh & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
tcairns@pszjlaw.com

Benjamin Finestone
Kate Scherling
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue, 9th Floor
New York, NY 10016
bnejaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com

Jacob Base
Jacob C. Beach
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th Street, Suite 2010
Austin, TX 78700
johnbash@quinnemanuel.com
jacobbeach@quinnemanuel.com

*Counsel to AST & Science LLC*

Jeremy W. Ryan
Katelin A. Morales
Sameen Rizvi
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
jryan@potteranderson.com
kmorales@potteranderson.com
srizvi@potteranderson.com

Madlyn Gleich Primoff
Henry Hutten
Alexander Rich
Sarah R. Margolis
Freshfields US LLP
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
madlyn.primoff@freshfields.com
henry.hutten@freshfields.com
alexander.rich@freshfields.com
sarah.margolis@freshfields.com