IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIGADO NETWORKS LLC, *et al.*<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 25-10006-TMH<br><br>Jointly Administered |
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br><br>v.<br><br>AST & SCIENCE, LLC, and LIGADO NETWORKS, LLC<br><br>Appellees. | Case No. 1:26-cv-00118-GBW |

**INMARSAT GLOBAL LIMITED'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure, Appellant Inmarsat Global Limited hereby submits the following Corporate ownership statement in connection with Inmarsat's Notice of Appeal, dated February 2, 2026 [Bankr. Docket No. 1324].

The following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of Inmarsat Global Limited's equity interest:

- Viasat, Inc.
- Connect Topco Limited
- Connect Sub-Topco Limited
- Connect Midco Limited
- Connect Bidco Limited
- Inmarsat Group Holdings Limited
- Inmarsat Holdings Limited

1

- Inmarsat Group Limited
- Inmarsat Investments Limited
- Inmarsat New Ventures Limited

Appellant Inmarsat Global Limited holds 100% of the equity interests of each of: Inmarsat Global Limited (Qatar Branch); Inmarsat Global Limited (Italian Branch); Inmarsat Brasil Satélites LTDA; Inmarsat Leasing (Two) Limited.

Appellant Inmarsat Global Limited holds 64.35% of the equity interests of Inmarsat New Zealand Limited.

Dated: February 19, 2026

STEPTOE LLP

By: /s/ Alfred M. Mamlet
    Alfred M. Mamlet (admitted *pro hac vice*)
    1330 Connecticut Ave NW
    Washington, DC 20036
    (202) 429-3000
    amamlet@steptoe.com
    Charles Michael (admitted *pro hac vice*)
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 506-3900
    cmichael@steptoe.com

PACHULSKI STANG ZIEHL & JONES LLP

By: /s/ Laura Davis Jones
    Laura Davis Jones (DE Bar No. 2436)
    Peter J. Keane (DE Bar No. 5503)
    919 N. Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705
    (302) 652-4100
    ljones@pszjlaw.com
    pkeane@pszjlaw.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Benjamin Finestone
    Benjamin Finestone
    Kate Scherling
    295 5th Avenue
    New York, NY 10016
    (212) 849-7000
    benjaminfinestone@quinnemanuel.com
    katescherling@quinnemanuel.com

    John Bash
    Jacob C. Beach
    300 West 6th St., Suite 2010
    Austin, TX 78701
    (737) 667-6100
    johnbash@quinnemanuel.com
    jacobbeach@quinnemanuel.com

*Counsel for Inmarsat Global Limited*