# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>   Appellant,<br><br>v.<br><br>AST & SCIENCE, LLC, and LIGADO NETWORKS, LLC,<br><br>   Appellees. | Civ. No. 26-cv-118 (GBW)<br><br>Bankruptcy Case No. 25-10006 (TMH) |

## NOTICE OF APPEAL

NOTICE is hereby given that Appellee Ligado Networks, LLC appeals to the United States Court of Appeals for the Third Circuit from this Court's Memorandum Opinion and Order granting Inmarsat Global Limited's Emergency Motion for Stay Pending Appeal (ECF Nos. 45 & 46).

| | |
|---|---|
| Dated: February 27, 2026<br>Wilmington, DE | /s/ Michael J. Merchant<br>Mark D. Collins, Esq. (Bar No. 2981)<br>Michael J. Merchant, Esq. (Bar No. 3854)<br>Amanda R. Steele, Esq. (Bar No. 5530)<br>Zachary J. Javorsky, Esq. (Bar No. 7069)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:  (302) 651-7700<br>Facsimile:   (302) 651-7701<br>Email:         collins@rlf.com<br>                    merchant@rlf.com<br>                    steele@rlf.com<br>                    javorsky@rlf.com<br><br>Dennis F. Dunne, Esq. (admitted *pro hac vice*)<br>Matthew L. Brod, Esq. (admitted *pro hac vice*)<br>Lauren C. Doyle, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:  (212) 530-5000<br>Facsimile:   (212) 530-5219<br>Email:         ddunne@milbank.com<br>                    mbrod@milbank.com<br>                    ldoyle@milbank.com<br><br>Andrew M. Leblanc, Esq. (admitted *pro hac vice*)<br>Colleen Roh Sinzdak, Esq. (admitted *pro hac vice*)<br>Melanie Westover Yanez, Esq. (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1101 New York Avenue, NW<br>Washington DC 20005<br>Telephone:  (202) 835-7500<br>Facsimile:   (202) 263-7586<br>Email:         aleblanc@milbank.com<br>                    crohsinzdak@milbank.com<br>                    mwyanez@milbank.com<br><br>*Counsel to Ligado Networks LLC* |