**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was forwarded by electronic transmission to all registered CM/ECF users appearing in the case on February 27, 2026

*/s/ Michael J. Merchant*
Michael J. Merchant
