**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| INMARSAT GLOBAL LIMITED,<br><br>Appellant,<br><br>v.<br><br>AST & SCIENCE, LLC, and LIGADO NETWORKS, LLC,<br><br>Appellees. | Case No. 1:26-cv-00118-GBW<br><br>Bankruptcy Case No. 25-10006 (TMH) |

**AGREED ORDER AND STIPULATION REGARDING BRIEFING SCHEDULE**

Appellant Inmarsat Global Limited ("Inmarsat"), Appellee Ligado Networks, LLC, et al. (the "Debtors"), and Appellee AST & Science, LLC ("AST," collectively with Inmarsat and the Debtors, the "Parties") file this agreed order and stipulation regarding the proposed briefing schedule for the above-captioned appeal (the "Appeal").

**RECITALS**

WHEREAS, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Granting (A) Debtors' Motion for an Order (I) Enforcing the Automatic Stay, (II) Enforcing the Mediated Agreement, and (III) Granting Related Relief and (B) Emergency Motion by AST & Science LLC for Entry of an Order Enforcing the Mediated Agreement and Related Orders of This Court Against Inmarsat Global Limited* [Bankr. Docket No. 1304] (the "Order") on January 30, 2026;

WHEREAS, on February 2, 2026, Appellant filed a *Notice of Appeal* [D.I. 1] of the Order (the "Appeal");

4924-2224-1429.2 42241.00001

2

WHEREAS, the Parties submit the proposed briefing schedule.

## <u>STIPULATION</u>

1. Therefore, with respect to the Appeal, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the briefing schedule is set forth below, subject to approval of the Court:

   a. Appellant's Opening Brief(s):  April 6, 2026

   b. Appellees' Response Brief(s):  May 11, 2026

   c. Appellant's Reply Brief(s):  May 29, 2026

4924-2224-1429.2 42241.00001

Dated:  March 9, 2026

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **RICHARDS, LAYTON & FINGER, P.A**. |
| /s/ Laura Davis Jones | /s/ Amanda R. Steele |
| Laura Davis Jones (DE Bar No. 2436) | Mark D. Collins, Esq. (Bar No. 2981) |
| Peter J. Keane (DE Bar No. 5503) | Michael J. Merchant, Esq. (Bar No. 3854) |
| 919 N. Market Street, 17th Floor | Amanda R. Steele, Esq. (Bar No. 5530) |
| P.O. Box 8705 | Zachary J. Javorsky, Esq. (Bar No. 7069) |
| Wilmington, DE  19899-8705 (Courier 19801) | One Rodney Square |
| Telephone: (302) 652-4100 | 920 North King Street |
| Email: ljones@pszjlaw.com | Wilmington, DE 19801 |
| pkeane@pszjlaw.com | Telephone: (302) 651-7700 |
| | Facsimile: (302) 651-7701 |
| -and- | Email: collins@rlf.com |
| | merchant@rlf.com |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | steele@rlf.com |
| Benjamin I. Finestone | javorsky@rlf.com |
| Kate Scherling | |
| 295 5th Avenue | -and- |
| New York, NY  10016 | |
| Telephone: (212) 849-7000 | **MILBANK LLP** |
| Email: | Dennis F. Dunne, Esq. (*admitted pro hac vice*) |
| benjaminfinestone@quinnemanuel.com | Matthew L. Brod, Esq. (*admitted pro hac vice*) |
| katescherling@quinnemanuel.com | Lauren C. Doyle, Esq. (*admitted pro hac vice*) |
| | 55 Hudson Yards |
| John Bash | New York, New York 10001 |
| Matthew Scheck | Telephone: (212) 530-5000 |
| Jacob C. Beach | Facsimile: (212) 530-5219 |
| 300 West 6th St., Suite 2010 | Email: ddunne@milbank.com |
| Austin, TX  78701 | mbrod@milbank.com |
| (737) 667-6100 | ldoyle@milbank.com |
| Email: | |
| johnbash@quinnemanuel.com | **MILBANK LLP** |
| matthewscheck@quinnemanuel.com | Andrew M. Leblanc, Esq. (admitted *pro hac vice*) |
| jacobbeach@quinnemanuel.com | Melanie Westover Yanez, Esq. (admitted *pro hac vice*) |
| | 1101 New York Avenue, NW |
| -and- | Washington DC 20005 |
| | Telephone:  (202) 835-7500 |
| **STEPTOE LLP** | Facsimile:  (202) 263-7586 |
| Charles Michael | Email: aleblanc@milbank.com |
| 1114 Avenue of the Americas | mwyanez@milbank.com |
| New York, NY  10036 | *Counsel to Appellee Ligado Networks, LLC, et al.* |

3

4924-2224-1429.2 42241.00001

| | |
|---|---|
| Telephone: (212) 506-3900<br>Email: cmichael@steptoe.com<br><br>Alfred M. Mamlet<br>1330 Connecticut Avenue, NW<br>Washington, DC  20036<br>Telephone: (202) 429-3000<br>Email: amamlet@steptoe.com<br><br><br>*Counsel to Appellant Inmarsat Global Limited* | |
| | **POTTER ANDERSON & CORROON LLP**<br><br>*/s/ Jeremy W. Ryan*_____<br>Jeremy W. Ryan (Bar No. 4057)<br>Katelin A. Morales (Bar No. 6683)<br>Sameen Rizvi (Bar No. 6902)<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>kmorales@potteranderson.com<br>srizvi@potteranderson.com<br><br>-and-<br><br>Madlyn Gleich Primoff (admitted *pro hac vice*)<br>Henry Hutten (admitted *pro hac vice*)<br>**FRESHFIELDS US LLP**<br>3 World Trade Center<br>175 Greenwich Street, 51st Floor<br>New York, New York 10007<br>Telephone: (212) 277-4000<br>Facsimile: (212) 277-4001<br>Email: madlyn.primoff@freshfields.com<br>henry.hutten@freshfields.com<br><br>*Counsel to Appellee AST & Science, LLC* |

4

4924-2224-1429.2 42241.00001

5

APPROVED AND SO ORDERED BY:

_____

GREGORY B. WILLIAMS
U. S. DISTRICT COURT JUDGE

5